■ The final point raised by Prudence Mutual, that the findings of the trial court are against the manifest weight of the evidence, is without foundation. As shown above, it was proven by competent evidence that Prudence Mutual received notice of the pendency of this action; furthermore, there is no evidence in the record that the Trueheart policy had been canceled prior to the date of the Kanter-Trueheart accident. Under these circumstances we are unable to say the findings of the trial court are against the manifest weight of the evidence.

For these reasons the judgment is affirmed.

Judgment affirmed.

McNAMARA and LYONS, JJ., concur.

**People of the State of Illinois, Plaintiff-Appellee, v. Anthony Rutzen, Defendant-Appellant.**

**Gen. No. 52,731. (Abstract of Decision.)**

First District, Second Division.

October 15, 1968.